Helen R. Holden (SBN 013264)
Helen.Holden@SacksTierney.com
SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Telephone:  480.425.2600

Attorneys for Defendant
Advanced Industrial Computer, Inc.

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

Seth Haller, a married man,

     Plaintiff,

v.

Advanced Industrial Computer, Inc.,

     Defendant.

No.

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1332, 1441, and 1446, Defendant Advanced Industrial Computer, Inc. ("Defendant") hereby removes to this Court, from the Arizona Superior Court for Maricopa County (the "State Court"), the "State Court Action" described below.  In support of this Notice of Removal, Defendant states:

1.    The State Court Action commenced in State Court on October 18, 2013 as case number CV2013-051042.  [Exhibit 1, Complaint]

2.    The State Court Action was served upon Defendant on or about October 25, 2013.

3.    Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

3.    Pursuant to 28 U.S.C. § 1331, "The district courts shall have original

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

4.    The Complaint alleges, among other claims, a claim under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, and is an action "arising under" the laws of the United States.

5.    In the State Court Action, Plaintiff seeks an award in excess of $75,000. *See, e.g.*, Complaint, Exhibit 1, at ¶ 40.

6.    Plaintiff is a resident of Arizona.  Complaint ¶ 3.

7.    Defendant is a corporation organized under the laws of the State of California, and California is the state in which it has its principal place of business. Complaint ¶ 4; *see also* "Contact Us" page from AIC website, Exhibit 2 hereto.

8.    As the amount in controversy in the State Court Action exceeds $75,000, and the parties are citizens of different states, this court also has jurisdiction of this matter pursuant to 28 U.S.C. § 1332.

9.    Pursuant to 28 U.S.C. § 1446(b), a Notice of Removal "shall be filed within thirty days after the receipt by the defendant…of a copy of the initial pleading. . . ."

10.    Defendant was served on October 25, 2013, and thus this removal is within thirty days thereof and is timely.

11.    The United States District Court for the District of Arizona in Phoenix, Arizona is the District Court for the judicial district and division embracing Maricopa County, where the State Court action is pending.

12.    Defendant will file a Notice of Removal to Federal Court in the State Court Action.  This Notice of Removal will also be served on counsel in the State Court Action.

13.    A copy of all pleadings and filings in the State Court Action are attached to this Notice of Removal as Exhibits 1 and 3, as well as a verification of Helen R. Holden that these are true and complete copies of all pleadings and other documents filed in the State Court Action, attached as Exhibit 4.

14.    For the foregoing reasons, removal is appropriate.  Defendant asks that this

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

1039759

Court enter the appropriate orders to effect the removal of this case from the State Court to this Court.

DATED this 21st day of November, 2013.

SACKS TIERNEY P.A.


By: s/ Helen R. Holden
　　　Helen R. Holden
　　　Attorneys for Petitioner Advanced Industrial
　　　Computer, Inc.

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

1039759

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 21, 2013, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.  A copy of the attached document and its exhibits have also been transmitted via U. S. Mail to the following:

Jon L. Phelps, Esq.
Erica M. Fedon, Esq.
PHELPS LAW GROUP
4045 East Union Hills Road
Suite A-104
Phoenix, Arizona  85050
*Attorneys for Plaintiff*


By:  */s/ Marie L. Fitzsimmons*

1039759