# EXHIBIT 2



| | | | | | | |
|---|---|---|---|---|---|---|
| Home | News & Events | Company | Products | Support | Where To Buy | Contact Us | Partner Program |

Language: English    Quick Links ▾    Search... [GO]

- California Office
- New Jersey Office
- Taiwan Office
- Shang Hai Office
- Japan Office
- Europe Office
- Contact Form

Home » Contact Us

## AIC Headquarters

**Address:**
21808 Garcia Lane
City of Industry, CA 91789
United States

**General Contact Info:**
Toll Free: 1-866-800-0056
Phone: 909-895-8989

9:00 am - 6:00 pm PST

**Sales Hours:**
Mon - Fri: 9:00 am - 6:00 pm PST
Phone: 909-895-8989
Email Sales: sales@aicipc.com

**Technical Support:**
Phone: 909-895-8989 ext. 260
Mon - Fri: 9:00 am - 6:00 pm PST
Email Technical Support: support@aicipc.com

**Map & Directions:**



From Los Angeles International Airport, LAX (Approximately 43 miles):

- Take I-105 E toward NORWALK
- Merge onto I-605 N
- Merge onto CA-60 E toward POMONA
- EXIT on 24B, GRAND AVE
- Turn LEFT onto GRAND AVE
- Turn RIGHT onto GARCIA LANE (Caution: No Signal Light or Stop Sign)
- Welcome to AIC

From Ontario International Airport, ONT (Approximately 18 miles):

- Take I-10 W toward LOS ANGELES
- Merge onto CA-57 S toward SANTA ANA
- EXIT on 24B, GRAND AVE
- Turn RIGHT onto GRAND AVE
- Turn RIGHT onto GARCIA LANE (Caution: No Signal Light or Stop Sign)

- Welcome to AIC

From John Wayne Airport, SNA (Approximately 28 miles):

- Take CA-55 N toward RIVERSIDE
- Merge onto I-5 N toward SANTA ANA
- Merge onto CA-57 N toward POMONA
- EXIT on 24B, GRAND AVE
- Turn LEFT onto GRAND AVE
- Turn RIGHT onto GARCIA LANE (Caution: No Signal Light or Stop Sign)
- Welcome to AIC

Home | News & Events | Company | Products | Support | Where To Buy | Contact Us | Partner Program | Privacy Policy

Copyright © 2013 **AIC Inc**. All Rights Reserved.

