# EXHIBIT 4

1  Helen R. Holden (SBN 013264)
   Helen.Holden@SacksTierney.com
2  SACKS TIERNEY P.A.
   4250 N. Drinkwater Blvd., 4th Floor
3  Scottsdale, AZ 85251-3693
   Telephone:  480.425.2600
4
   Attorneys for Defendant
5  Advanced Industrial Computer, Inc.

6                  UNITED STATES DISTRICT COURT

7                       DISTRICT OF ARIZONA

8

9  Seth Haller, a married man,

10         Plaintiff,                         No.

11  v.
                                             **VERIFICATION**
12  Advanced Industrial Computer, Inc.,

13         Defendant.

14

15         HELEN R. HOLDEN, being first duly sworn upon her oath, deposes and says:

16         I am one of the attorneys for Defendant in the above-captioned cause.

17         The attached exhibits are true and correct copies of all pleadings and other

18  documents filed in the State Court Action, Maricopa County Superior Court No. CV2013-

19  051042.

20                                    Helen R. Holden

21

22  STATE OF ARIZONA      )
                          )ss.
23  County of Maricopa    )

24         The foregoing instrument was acknowledged before me this 21st day of

25  November, 2013, by Helen R. Holden.

26                                    Notary Public

27  My Commission Expires:
    m  25, 2015
28



OFFICIAL SEAL
MARIE L. FITZSIMMONS
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires May 25, 2015

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

1039871